Certificate Number: 17082-MSN-DE-040160170

Bankruptcy Case Number: 25-13182



17082-MSN-DE-040160170

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 3, 2025, at 1:35 o'clock PM MST, CHASE B SMITH completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:  October 3, 2025              By:  /s/Orsolya K Lazar

                                    Name:  Orsolya K Lazar

                                    Title:  Executive Director