Certificate Number: 17082-MSN-DE-040160171

Bankruptcy Case Number: 25-13182



17082-MSN-DE-040160171

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 3, 2025, at 1:35 o'clock PM MST, TIFFANY M SMITH completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:  October 3, 2025

By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director