**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Chase Brennan Smith**                    **Case No. 25-13182-SDM**
**Tiffany Marie Smith, Debtors**                       **CHAPTER 13**

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., attorney for the Debtor, do herby certify that by filing the attached Order, I have caused the following partied to be served electronically via ECF:

Case Trustee
Office of the US Trustee

I further certify that I have this day served a true and correct copy of the Order by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Date: July 1, 2026                    /s/ Thomas C. Rollins, Jr.
                                       *Thomas C. Rollins Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
Jennifer A Curry Calvillo, MSB# 104367
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CM/ECF hrg11
(Rev. 07/22/16)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re: Chase Brennan Smith and Tiffany ) Case No.: 25–13182–SDM
Marie Smith ) Chapter: 13
Debtor(s) ) Judge: Selene D. Maddox
)
)

PLEASE TAKE NOTICE that a hearing will be held at

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 8/6/26 at 10:30 AM

Responses Due: 7/27/26

to consider and act upon the following:

*23* – Motion to Borrow Filed by Thomas C. Rollins Jr. on behalf of Chase Brennan Smith, Tiffany Marie Smith. (Rollins, Thomas)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at: http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 6/30/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: KMS
Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Chase Brennan Smith**                          **Case No. 25-13182-SDM**
         **Tiffany Marie Smith, Debtors**                          **CHAPTER 13**

## <u>MOTION TO INCUR NEW DEBT</u>

COME NOW, Debtors, by and through counsel, and move this Court to allow Debtors to incur new debt, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 09/25/2025.
2. Debtors are paying approximately $1,903.00 to General Unsecured Debts through the plan.
3. Debtors' 2018 Buick Enclave has several mechanical issues.
4. Debtors will be filing a Motion to surrender the 2018 Buick Enclave back to the creditor.
5. Debtors wish to borrow up to $20,000.00 to purchase a vehicle with an interest rate not to exceed 20.00% and a monthly payment not to exceed $550.00. Debtors will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 30, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the NORTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system.  I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

CHASE BRENNAN SMITH
TIFFANY MARIE SMITH

CASE NO: 25-13182

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 7/1/2026, I did cause a copy of the following documents, described below,

Hearing Notice and Motion to Incur

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/1/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

CHASE BRENNAN SMITH
TIFFANY MARIE SMITH

CASE NO: 25-13182

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 7/1/2026, a copy of the following documents, described below,

Hearing Notice and Motion to Incur

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/1/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 25-13182-SDM
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
TUE JUN 30 15-17-59 CDT 2026

(P)21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

AIDVANTAGE
PO BOX 300001
GREENVILLE TX 75403-3001

AIDVANTAGE ON BEHALF OF
DEPT OF EDUCATION
PO BOX 300001
GREENVILLE TX 75403-3001

ASHLEY FUNDING SERVICES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

CASCADE CAPITAL FUNDING LLC
5341 OLD REDWOOD HWY SUITE 210
PETALUMA CA 94954-7127

CCF OF MISSISSIPPI LLC
2312 E TRINITY MILLS RD STE 100
CARROLLTON TX 75006-1955

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CARDIOLOGY ASSOCIATES OF NORTH MISS
CO FRANKLIN SERVICE INC
PO BOX 3910
TUPELO MS 38803-3910

CHECK INTO CASH
919 ALABAMA ST
COLUMBUS MS 39702-5570

COMENITY BANK
PO BOX 182789
COLUMBUS OH 43218-2789

CREDIT ONE BANK
ATTN BANKRUPTCY DEPT
6801 CIMARRON RD
LAS VEGAS NV 89113-2273

EXCLUDE

DESTINY
PO BOX 2303
COLUMBUS GA 31902-2303

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

TODD S JOHNS
TODD S JOHNS CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043-1326

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

(P)LENDMARK FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
2118 USHER ST
COVINGTON GA 30014-2434

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE SC 29603-0368

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

MERRICK BANK CORP
PO BOX 9201
OLD BETHPAGE NY 11804-9001

MIDLAND CREDIT MANAGEM
PO BOX 2004
WARREN MI 48090-2004

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN MI 48090-2037

MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
P O BOX 22808
JACKSON MS 39225-2808

PEDIATRIC DENTISTRY OF COLUMBUS
CO FRANKLIN SERVICE INC
PO BOX 3910
TUPELO MS 38803-3910

EXCLUDE

DEBTOR

(P)DAKOTA ECONOMIC DEVELOPMENT CORP
PO BOX 222
FORT THOMPSON SD 57339-0222

THOMAS C ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767

CHASE BRENNAN SMITH
1676 LONE OAK RD
STEENS MS 39766-9738

TIFFANY MARIE SMITH
1676 LONE OAK RD
STEENS MS 39766-9738

STATEWIDE FEDERAL CU
ATTN BANKRUPTCY DEPT
PO BOX 320483
FLOWOOD
MS 39232-0483

STATEWIDE FEDERAL CREDIT UNION
PO BOX 320483
FLOWOOD MS 39232-0483

EXCLUDE

STATEWIDEFCU
POB 320483
FLOWOOD MS 39232-0483

U S ATTORNEY
NORTHERN DISTRICT OF MISSISSIPPI
900 JEFFERSON AVENUE
OXFORD MS 38655-3608

U S TRUSTEE
501 EAST COURT STREET SUITE 6430
JACKSON MS 39201-5022