**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**Northern District of Mississippi**

**IN THE MATTER OF:**
**CHASE BRENNAN SMITH**
**TIFFANY MARIE SMITH**

**CASE NO.: 25-13182-SDM**

## ORDER UPON DEBTOR DIRECTING PAYMENTS TO TRUSTEE

**IT APPEARING TO THE COURT that there is now pending a certain Chapter 13 Proceeding in which the above-named DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary, or commissions; and that the **DEBTOR** is **paying personally** and is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR.**

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the **DEBTOR** is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors.

**IT IS ORDERED THAT** until further notice of this Court, the above-named **DEBTOR** is required to pay from the **DEBTOR's** earnings and pay over to:

**PAYMENTS ONLY**
Todd S. Johns
Standing Chapter 13 Trustee
P. O. BOX 1985
MEMPHIS, TN 38101-1985

**ALL OTHER CORRESPONDENCE**
Todd S. Johns
Standing Chapter 13 Trustee
P. O. BOX 1326
BRANDON, MS 39043-1326

the sum of $2,096.00 MONTHLY **.**

**DATED AT Aberdeen, MS** on **09/11/2026**

THOMAS C ROLLINS, JR
P O BOX 13767
JACKSON, MS 39236

CHASE BRENNAN SMITH
TIFFANY MARIE SMITH
1676 LONE OAK ROAD
STEENS, MS 39766

SUBMITTTED BY;
/s/ Todd S. Johns, Standing Chapter 13 Trustee
MSB# 9587
P. O. Box 1326, BRANDON, MS 390431326
601-825-7633; trustee.johns@ch13mstrustee.com